■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL CURMAN, Respondent, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order affirmed, without costs of this appeal to any party. (See People ex rel. Sheehan v. Murphy (7 A D 2d 889.) All concur, except Halpern, J., who dissents and votes for reversal and for remission for further hearing for the reasons stated in dissenting opinion in People ex rel. Sheehan v. Murphy (supra). (Appeal from an order of Cayuga Special Term, sustaining the writ of habeas corpus and directing relator's return to the County Court of Kings County for vacation of a sentence imposed October 19, 1943, rearraignment for sentence upon his conviction for murder, second degree, and the imposition of sentence.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ UNITED STATES GYPSUM COMPANY, Appellant, v. RILEY-STOKER CORPORATION, Respondent.— Order affirmed, with $10 costs and disbursements. All concur; Halpern, J., solely on the ground that the question was decided by this court in Commissioners of State Ins. Fund v. Clark Carting Co. (274 App. Div. 559). (Appeal from an order of Genesee Special Term granting defendant's motion to strike out certain portions of the complaint.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ. [11 Misc 2d 572.]

■ CONSTANCE I. McELROY, as Administratrix of the Estate of WILLIAM H. STEVENS, Deceased, Appellant, v. PATRICK A. FASANO, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Genesee Special Term granting defendant's motion to examine witness before trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of ANDREW NIGOLIAN, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Determination of the State Liquor Authority confirmed, without costs. All concur, except McCurn, P. J., who dissents and votes to annul the determination on the ground that there is no substantial evidence to support it. (Review of the action of the State Liquor Authority in suspending the grocery store beer license for premises in the City of Syracuse, which proceeding was transferred to the Appellate Division for determination by Order of Onondaga Special Term dated June 27, 1958.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ ROBERT T. QUICK, Respondent, v. T. H. ARMOLD et al., Appellants. MARIE G. QUICK, Respondent, v. T. H. ARMOLD et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term denying a motion by defendants for change of place of trial from Onondaga County to Clinton County.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN THOMAS, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAJOR L. WILSON, Appellant.— Motion to appeal on typewritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERRY E. WILLIAMS, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.